IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00050-MSK-MJW

CARY MURPHY,

       Plaintiff,

v.

ROBERT ALEXANDER LIGGETT, an individual, and
GAINEY TRANSPORTATION SERVICES, INC.,

       Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS ORDERED that, as to any exhibits and depositions to be used during this case,

counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days

after any judgment is entered or closure of the case.  Counsel shall retain same for 60 days beyond

the later of the time to appeal or conclusion of any appellate proceedings.  Failure to retrieve

exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 12th day of January 2007.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge