IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00050-MSK-KLM

CARY MURPHY,

        Plaintiff,

v.

ROBERT ALEXANDER LIGGETT, an individual, and
GAINEY TRANSPORTATION SERVICES, INC.,

        Defendants.

_____

### ORDER DISMISSING CASE WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Dismiss With Prejudice **(#29).**[1]  The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#29) is GRANTED.**  This action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED this 1st day of November, 2007.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge

---

[1] The Motion states that the parties have reached a settlement which falls under Fed.R.Civ.P. 41(a)(1) and for which no Order of Dismissal is issued.  However, because the text of the Motion clearly requests issuance of an Order, the Court regards the Motion as being brought pursuant to Fed.R.Civ.P. 41(a)(2).